[No. 18521–7–I.  Division One.  August 24, 1987.]

*In the Matter of the Marriage of* MARGIE E. GUISINGER, *Appellant, and* LAWRENCE B. GUISINGER, *Respondent.*

Appeal from a judgment of the Superior Court for Island County, No. 13032, Howard A. Patrick, J., entered May 14, 1986. *Reversed* by unpublished opinion per Pekelis, J., concurred in by Scholfield, C.J., and Grosse, J.

[No. 17675–7–I.  Division One.  August 24, 1987.]

MILLIE Y. TUNG, *Appellant,* v. BELLEVUE MEDICAL CO–OP LIMITED PARTNERSHIP, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–06543–5, Richard Chapin, J. Pro Tem., entered December 4, 1985. *Affirmed* by unpublished opinion per Callow, J. Pro Tem., concurred in by Revelle and Stewart, JJ. Pro Tem.

[No. 10139–4–II.  Division Two.  August 25, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD BONG, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 85–1–00368–1, Don L. McCulloch, J., entered June 2, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.

[No. 9893–8–II.  Division Two.  August 25, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL J. SIMMONS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–1–02156–0, Nile E. Aubrey, J., entered May 5, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Worswick, J.